| | |
|---|---|
| 1 | PERKINS COIE LLP |
| 2 | CHRISTINA J. MCCULLOUGH |
|   | cmccullough@perkinscoie.com |
| 3 | PATRICK J. MCKEEVER |
|   | pmckeever@perkinscoie.com |
| 4 | 1201 Third Avenue |
| 5 | Suite 4900 |
|   | Seattle, WA 98101-3099 |
| 6 | Telephone: 206-359-8000 |
|   | Fax: 206-359-9000 |
| 7 | |
| 8 | *Attorneys for Counter-Defendant/ Counterclaim Defendant in Intervention Microsoft Mobile, Inc.* |
| 9 | |
| 10 | |
| 11 | PERKINS COIE LLP |
|    | CHRISTINA J. MCCULLOUGH |
| 12 | cmccullough@perkinscoie.com |
|    | PATRICK J. MCKEEVER |
| 13 | pmckeever@perkinscoie.com |
|    | TIFFANY P. CUNNINGHAM |
| 14 | tcunningham@perkinscoie.com |
|    | JUDITH BOND JENNISON |
| 15 | jjennison@perkinscoie.com |
|    | SARAH E. STAHNKE |
| 16 | sstahnke@perkinscoie.com |
| 17 | 1201 Third Avenue |
|    | Suite 4900 |
| 18 | Seattle, WA 98101-3099 |
|    | Telephone: 206-359-8000 |
| 19 | Fax: 206-359-9000 |
| 20 | CHAD S. CAMPBELL |
|    | cscampbell@perkinscoie.com |
| 21 | 2901 North Central Avenue |
|    | Suite 2000 |
| 22 | Phoenix, AZ 85012-2755 |
|    | Telephone: 602-351-8000 |
| 23 | Fax: 602-648-7000 |
| 24 | *Attorneys for Intervenor Plaintiff/Counterclaim defendant in Intervention Microsoft Corporation* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| Cases 4:18-cv-01885-HSG THROUGH 4:18-cv-01886-HSG and 4:18-cv-01888-HSG THROUGH 4:18-cv-01890-HSG | 1 | NOTICE OF CHANGE IN COUNSEL |
|---|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., ACER AMERIC CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG (and related cases)<br><br>**NOTICE OF CHANGE IN COUNSEL** |
| MICROSOFT CORPORATION<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff/Counterclaim Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE, INC.,<br><br>Counterclaim Defendant in Intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants. | Related Case No. 4:18-cv-01886-HSG |

MICROSOFT CORPORATION

    Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

  v.

MICROSOFT CORPORATION,

    Intervenor-Plaintiff/Counterclaim Defendant in Intervention,

AND

MICROSOFT MOBILE, INC.,

    Counterclaim Defendant in Intervention.

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br>             Plaintiffs, <br><br>      v. <br><br> VISUAL LAND INC., <br><br>             Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION

            Intervenor-Plaintiff,

      v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

      v.

MICROSOFT CORPORATION,

            Intervenor-Plaintiff/Counterclaim Defendant in Intervention,

AND

MICROSOFT MOBILE, INC.,

            Counterclaim Defendant in Intervention.

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01889-HSG |
| Plaintiffs, | |
| v. | |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD., | |
| Defendants. | |

MICROSOFT CORPORATION

    Intervenor-Plaintiff,

v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,

v.

MICROSOFT CORPORATION,

    Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE, INC.,

    Counterclaim Defendant in Intervention.

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01890-HSG |
| MICROSOFT CORPORATION<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE, INC.,<br><br>    Counterclaim Defendant in Intervention. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that KAREN E. KELLER and ANDREW RUSSELL of SHAW KELLER LLP hereby withdraw as attorneys of record for Intervenor Plaintiff/Counter-Defendant MICROSOFT CORPORATION and Cross-Defendant/Counter-Defendant in Intervention MICROSOFT MOBILE, INC. in the above captioned actions.  Counsel of record for MICROSOFT CORPORATION and MICROSOFT MOBILE, INC. otherwise remain the same.

Shaw Keller LLP previously served as Delaware local counsel, but after transfer from the District of Delaware, the firm ceased any involvement in this case.

                                        */s/ Karen E. Keller*
                                             Karen E. Keller


                                        */s/ Andrew Russell*
                                           Andrew Russell

SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
arussell@shawkeller.com
Telephone: 302-298-0700