# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Koninklijke Philips N.V. et al.<br><br>Plaintiff(s)<br><br>v.<br><br>YiFang USA, Inc.<br><br>Defendant(s) | Case No. C 4:18-cv-01890-HSG<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: June 4, 2018    Signed: _____
      Brian Wieghaus                          Party

Date: 6/4/18          Signed: _____
                                              Attorney

*Important* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016