Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Koninklijke Philips N.V. et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>YiFang USA, Inc. d/b/a E-Fun, Inc.,<br><br>Defendant(s) | Case No. C 4:18-cv-01890-HSG<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  June 24, 2018

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Lucian C. Chen, YiFang USA | 212.710.3007, lucianchen@lcclegal.com |
| Michael P. Sandonato, Koninklijke Philips N.V. and U.S. Philips Corporation | (212) 218-2217, msandonato@fchs.com |
| John D. Carlin, Koninklijke Philips N.V. and U.S. Philips Corporation | (212) 218-2210, jcarlin@fchs.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 6/5/18      Signed: _____
                                    Attorney for Plaintiff

Date: June 5, 2018   Signed: _____
                                    Attorney for Defendant

*Important! E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."*

Form ADR-TC rev. 6-2016