Michael P. Sandonato (*pro hac vice pending*)
msandonato@fchs.com
John D. Carlin (*pro hac vice pending*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (*pro hac vice pending*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (*pro hac vice pending*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*pro hac vice pending*)
cbingaman@fchs.com
Julian G. Pymento (*pro hac vice pending*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>Defendant. | Case No. 4:18-cv-01890-HSG<br><br>**RESPONSE TO NOTICE OF ELECTRONIC FILING ERROR AND ADR REMARK** |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |         Intervenor-Plaintiff, |
| 3 |   v. |
| 4 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 5 | |
| 6 |         Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 8 | |
| 9 |         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 |   v. |
| 12 | MICROSOFT CORPORATION |
| 13 |         Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 |         Counterclaim Defendant in Intervention |

**RESPONSE TO NOTICE OF ELECTRONIC FILING ERROR AND ADR REMARK**

On June 6, 2018, the Court issued an ADR Remark stating that the "ADR Unit is in receipt of the Notice of Need for ADR Phone Conference.  In light of the filing of the Stipulation and Proposed Order Selecting Private ADR a phone conference will not be scheduled at this time."  D.I. 316.

On June 7, 2018, the Court issued a notice regarding a filing error with the ADR stipulation filed as Docket Item 315, indicating that Docket Item 315 is not properly captioned.

By way of background, the parties in this case include Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips"), Defendant YiFang USA, Inc. D/B/A E-Fun, Inc. ("YiFang"), and Intervenors Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft").  Because only Philips and Microsoft stipulated to an ADR process, the parties initially filed two separate ADR documents.  The first was a Stipulation and [Proposed] Order Selecting ADR Process between Philips and Microsoft (D.I. 315), and the other was a Notice of Need for ADR Phone Conference submitted on behalf of Philips and YiFang (D.I. 314).

Therefore, to clarify the record and respond to the filing error notice, Philips is filing herewith as a replacement for Docket Item 315 an Amended Stipulation and [Proposed] Order Selecting ADR Process specifying Philips and Microsoft as the stipulating parties and correcting the caption.  Philips respectfully requests that this amended stipulation be entered by the Court.  Moreover, Philips respectfully requests that an ADR phone conference be scheduled between Philips and YiFang, as indicated in Docket Item 314.

Dated: June 13, 2018

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*