Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Koninklijke Philips N.V. et al.

Plaintiff(s),

v.

YiFang USA, Inc.

Defendant(s).

Case No: 4:18-cv-01890

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lucian C. Chen, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: YiFang USA Inc. in the above-entitled action. My local co-counsel in this case is Michael Song, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lucian C. Chen, Esq. PLLC, 60 East 42nd St., 46th Fl., New York, NY 10165 | LTL Attorneys LLP, 300 S. Grand Ave., 14th Fl., Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (212) 710-3007 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 612-8904 |
| MY EMAIL ADDRESS OF RECORD: lucianchen@lcclegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: michael.song@ltlattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4190997.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/21/18

Lucian C. Chen
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lucian C. Chen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/2/2018

Haywood S. Gill Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LUCIAN C. CHEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 11, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**June 22, 2018**

5069

*Susanna Rojas*
Clerk of the Court

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, I served the above and foregoing document(s) by causing a true and accurate copy of such document to be filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

By: */s/ Michael J. Song*
     Michael J. Song