Christina McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Theresa H. Nguyen, Bar No. 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Tiffany P. Cunningham
TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., and ACER AMERICA CORPORATION,<br><br>Defendants | Case No.: 4:18-cv-01885-HSG<br>(and related cases)<br><br>JURY TRIAL DEMANDED<br><br>**ORDER DENYING MICROSOFT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY** |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) |
| v. | ) |
| ASUSTEK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL, | ) |
| Defendants. | ) |

Related Case No.: 4:18-cv-01886-HSG

JURY TRIAL DEMANDED

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) Related Case No.: 4:18-cv-01888-HSG |
| v. | ) JURY TRIAL DEMANDED |
| VISUAL LAND, INC., | ) |
| Defendant. | ) |

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) Related Case No.: 4:18-cv-01890-HSG |
| v. | ) JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) |
| Defendant. | ) |

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Intervenor-Plaintiff,<br><br>        v.<br><br>KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>                Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>                Intervenor-<br>                Defendants/Counterclaim<br>                Plaintiffs in Intervention,<br><br>        v.<br><br>MICROSOFT CORPORATION,<br><br>                Intervenor-<br>                Plaintiff/Counterclaim De-<br>                fendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>                Counterclaim Defendant in In-<br>                tervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER DENYING  ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

# **ORDER**

This matter comes before the Court on Microsoft Corporation and Microsoft Mobile, Inc.'s Administrative Motion for Leave to File Surreply in Support of Opposition and Cross-Motion to Sever Claims Against Microsoft. Upon consideration of the Motion, IT IS HEREBY **DENIED**.

**IT IS SO ORDERED.**

Dated: **September 5, 2018**

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE